**Opinion issued April 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00297-CV

———————————

## IN RE CERTAIN UNDERWRITERS AT LLOYDS LONDON, GULF COAST CLAIMS SERVICE, AND JOHN ANDRES, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Certain Underwriters at Lloyds London, Gulf Coast Claims Service, and John Andres, have filed a petition for writ of mandamus, contending that respondent, the Honorable Jaclanel Moore McFarland, abused her discretion in denying relators' motion for continuance.[1]

---

[1]    The underlying case is *Charles Zaid v. Certain Underwriters at Lloyds London, Gulf Coast Claims Service, and John Andres*, cause no. 2011-02175, in the 133rd

We deny the petition for writ of mandamus.


**PER CURIAM**


Panel consists of Justices Jennings, Higley, and Sharp.

District Court of Harris County, the Honorable Jaclanel Moore McFarland, presiding.